IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **KURT WASHINGTON, Trustee of Washington Enterprise Master Trust,** § § § | |
| **Plaintiff,** § § | |
| v. § | Civil Action No. 4:25-cv-0682-O-BP |
| § | |
| **SHELLPOINT MORTGAGE SERVICING,** § § § § | |
| **Defendant.** § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The Chief United States District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned Chief District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Motion to Dismiss (ECF No. 11) is **GRANTED**, and Washington's claims are **DISMISSED**. Washington is granted leave to file a First Amended Complaint on or before fourteen days from the date of this Order. If he fails to do so, the Court will dismiss his claims.

**SO ORDERED** on this **17 day** of **December, 2025**.

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**